UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Presby Environmental, Inc.</u>

  v.          Civil No. 08-cv-00434-JL

<u>Advanced Drainage Systems, Inc.</u>

## ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE

The Preliminary Pretrial Conference was held in chambers on **March 23, 2009**.

The Discovery Plan (document no. 16) is approved as submitted, with the following changes:

- "<u>DiBennedetto</u>" disclosure deadline - **October 15, 2009**

Based on the discussions between the court and counsel/parties at the conference, the following are **stricken** without prejudice to being reinstated on request if warranted by the evidence:

- the following affirmative defenses:
  - ADS's second (SOL), fifth (consent), sixth (license), and seventh (privilege.

- Presby's ¶126 (SOL), ¶131 (privilege), ¶142 (intervening/superseding cause), ¶134 (standing) and ¶143 (abuse/misuse).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  March 24, 2009

cc: David W. Rayment, Esq.
    Teresa C. Tucker, Esq.
    Scott C. Walker, Esq.
    Daniel J. Mullen, Esq.
    Emily E. Root, Esq.
    Keith Shumate, Esq.