```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Presby Environmental, Inc.

    v.                        Civil No. 08-cv-00434-JL

Advanced Drainage Systems, Inc.

### **PROCEDURAL ORDER**

On or before **May 11, 2009,** the parties shall jointly file:

- a single timeline setting forth all pertinent dates and events, in whatever format the parties jointly choose (in other words, the parties need not comply with Local Rule 5.1(a) with respect to the timeline);

- a single Statement of Agreed Facts followed by a Statement of Disputed Facts. The disputed facts are not an invitation to advocacy (i.e., "The plaintiff can not establish irreparable harm because....." or "There is a strong likelood of success on the merits because...."). The parties should simply list facts they intend to establish at the hearing, or which they contend will not be established at the hearing.

On or before **May 11, 2009,** each party shall file:

- a witness list; and

- an exhibit list.

Counsel shall confer before the hearing to identify all areas of agreement and disagreement as to the admissibility of each exhibit.

On or before **May 11, 2009,** the plaintiff shall file a proposed proposed order in compliance with Rule 65 and Local Rule 65.1. The order shall specifically address the amount of the bond required under Rule 65(c).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:    April 10, 2009

cc:  David W. Rayment, Esq.
     Walter B. Pribis, Esq.
     Teresa C. Tucker, Esq.
     Scott C. Walker, Esq.
     Daniel J. Mullen, Esq.
     Emily E. Root, Esq.
     Keith Shumate, Esq.